1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JORDAN RUSSELL,

Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

Defendant.

Case No. 2:16-cv-00391-APG-NJK

**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

(ECF Nos. 1, 2)

On February 26, 2016, Magistrate Judge Koppe entered a report and recommendation that I grant the application to proceed in forma pauperis and dismiss the complaint as irrational and wholly incredible. ECF No. 2. Plaintiff Jordan Russell filed an objection and an amended objection. ECF Nos. 3, 4.

I conducted a de novo review of the issues set forth in the report and recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 2) is accepted**, **the application to proceed in forma pauperis (ECF No. 1) is GRANTED**, and the complaint is **DISMISSED**. The Clerk of the Court is instructed to close this case.

DATED this 6th day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE